THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-42-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JOSE ALFREDO SOTO-MARQUEZ | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Jose Alfredo Soto-Marquez's Motion to Seal Motion to Continue Sentencing is hereby GRANTED.

So ordered. This the 12 day of Nov., 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE