UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-42-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| JOSE ALFREDO SOTO-MARQUEZ | ) | |

Upon motion of the United States, it is hereby ORDERED that the Docket Entry number 32 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 13 day of December, 2010.

Terrence W. Boyle
UNITED STATES DISTRICT JUDGE